FILED
JAMES J. VILT, JR. - CLERK

MAR - 4 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                      PLAINTIFF

v.                                  Criminal Action No.: 3:25-CR-30-CHB

**THOMAS CZARTORSKI**, et al                      DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorneys Christopher C. Tieke and Stephanie M. Zimdahl hereby enter their appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Christopher C. Tieke

_____
Assistant U.S. Attorneys
717 West Broadway
Louisville, KY 40202
(502) 582-5911