

* * * * *
## AFFIDAVIT

Affiant, James Cameron Wright Affidavit, after being duly sworn, affirms as follows:

1. My name is James Cameron Wright.

2. I am over the age of eighteen (18) and can competently testify to the facts contained herein.

3. I have been a Kentucky State Police Trooper since 2018. I am presently on un-paid status pending future proceedings of the KSP Trial Board concerning my employment.

4. On March 5, 2020, and March 12, 2024, I was involved in a use of force. On both occasions, pursuant to KSP policy I contacted my chain of command and reported what KSP terms a "response to resistance" incident.

5. On both the March 5, 2020 and March 12, 2024 my supervising sergeant immediately responded to my location. I believed KSP policy required me to notify my supervising sergeant and to provide details about the use of force incidents.

6. During both response to resistance investigations and during every interaction I had with Sgt. Mabe and Sgt. Mckee I answered questions and followed their directives. I believed both times that I was required to answer and cooperate with their investigation. It was my understanding and belief at both times that KSP Troopers were not permitted, by policy and prevailing practices, to refuse to answer of or follow instructions given by a superior officer in the course of a response to resistance investigation. On both occasions I believed that such a denial would result in me

1

Exhibit

being deemed insubordinate and therefore terminated, demoted, or suspended.

7. Although I did not review the KSP Response to Resistance Policy immediately prior to either Response to Resistance investigation at issue, I had reviewed the policy several times during my tenure as a Trooper. I always understood and interpreted the policy to require me to not only report physical response to resistance that resulted in injury to an arrestee but to also cooperate completely with any ensuing KSP investigation because I believed it was a requirement that I did so. To my understanding, a Response to Resistance was a form of an internal investigation for which I had no choice but to cooperate.

Under pains and penalties of perjury, I swear and affirm that the foregoing is true and correct to the best of my knowledge. Further Affiant sayeth naught.

_____
James Cameron Wright

COMMONWEALTH OF KENTUCKY
COUNTY OF PULASKI

Subscribed, sworn to, and acknowledged before me by James Cameron Wright, this the 1st[h] day of August, 2025.

_____
NOTARY PUBLIC
My commission expires: 7/29/27
Notary ID#: KYNP74880

2